THE TEXAS COMPANY, RESPONDENT, v. NEW JERSEY UNEMPLOYMENT COMPENSATION COMMISSION, APPELLANT.

Argued May 21, 1946—Decided September 12, 1946.

For the appellant, *Charles A. Malloy* (*Clarence F. McGovern,* of counsel).

For the respondent, *Devoe Tomlinson* (*Albert E. Van Dusen,* of the New York bar, of counsel).

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Porter in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, DONGES, HEHER, PERSKIE, OLIPHANT, WACHENFELD, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, McLEAN, JJ.   13.

*For reversal*—None.